CFK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

MR. JAMES JENKINS

_____

*(In the space above enter the full name(s) of the plaintiff(s) )*

- against -

USAA Federal SAVINg

BANK

1. JAcqueline Y Alejandro  Loan Officers
2. Mrs A MartiNez
3. Mr. Rosas, Jesus

*(In the space above enter the full name(s) of the defendant(s)  If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names  The names listed in the above caption must be identical to those contained in Part I  Addresses should not be included here.)*

**19    5906**

**COMPLAINT**

Jury Trial:  ☐ Yes    ☐ No

(check one)

**I.    Parties in this complaint:**

A.    List your name, address and telephone number  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | MR. JAMES JENKINS |
| | Street Address | 2413 N. DouglAs Street |
| | County, City | PhilAdelphiA |
| | State & Zip Code | P.A.  19132 |
| | Telephone Number | 267-498-9863 |

*Rev 10/2009*

B      List all defendants  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name  JACqueline Y Alejandro NMLS ID, 429407
Street Address  9800 Fredericksbury Road
County, City  SAN Antonio
State & Zip Code  Texas 78288

Defendant No. 2
Name  MRS A Martinez
Street Address  10750 Medermott BANK Freeway
County, City  SAN Antonio
State & Zip Code  TAXas 78-288-0544

Defendant No 3
Name  Mr. Rosas Jesus
Street Address  10750 Medermott BANK Freeway
County, City  SAN Antonio
State & Zip Code  TAXAS 78-288-0544

Defendant No. 4
Name
Street Address
County, City
State & Zip Code

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*
Q  Federal Questions          Q  Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  I don't Know what Amendment it is But I has to do with Discaitnation And De un fairest of RAce.

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? The events WAS I WAS Pre Appoved with USAA Federal SAving BANK.

B.    What date and approximate time did the events giving rise to your claim(s) occur? Approximate IN November The Seller of A propety at 7801 Temple Rd excepted our offer of SAle. But the bank did Not aprove us for the home, us being a first time Buyer at 100% service conected disablety

C.    Facts: I WAS Pre approved for a loan At USAA. Federal SAving BANK for 225,000 to Purese a home for Me and my Wife and the Seller axcepted our offer for the home. I have the home inspected for errors, ANd for Insected as well. I paid for both. We had suppose to move into our New home, the bank said I WAS Not quite for the home loan after All we have done. Jacqueline and I had a great unstanding about the loAn and all of sudden thevery thing WAS Not excepted. they said I WAS Not quaitly for the Certificate of Eligibilty. ANd then they said lests try the UNverical loan Applicbion. Which I did that. But before the paper got to my home a Mrs Martinez call and said my Cedit was Not good enough for this loAN, mind you my Cedit Saore areyin the 692 range to about 702 Range I have two credit Card from P.NC. BANk a well.

I beleive P.NC. Bank headquaters in Pittsbrug had something also to do with it. A Mr. Erik Yeager Mortgage Loan offic because I sent all my information ANd he did Not cotect me back or E mail he had giving me a quote as well preApproved quote

Rev 10/2009

- 3 -

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I am damage enough from being destroy in the U.S. Marine, in basic Training with P.TSD, and squstifives emotion. They destory my life, and now I WAS told by USAA that I did not have enough time in the Military to qualify for the Certificate of Eligibili And on top of all that, they hit me with your Credet report did not reach the requirment for the loan, that WAS so painfull. I really feel disgunmeed against because of my Color or Race

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I would like for the Cayrt to find these people and persons who Are invovled in this miss treatment of people and peoples of Color. In euabts, All I wanted WAS to be able to provide a home for my wife, my youngest son, And my Three adopted Grand Children. The Marine Crop damage my life Back in 1976 and I am still feeling the affect of it. I wanted a life time commitment the United State Marine Crop but it ended in 1976.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __16__ day of __December_____ , 20__19__ .

Signature of Plaintiff _____

Mailing Address ___2413 N. Douglas Street_____

___Philadephia P.A. 19132___

Telephone Number __267- 498-8963_____

Fax Number *(if you have one)* _____

E-mail Address __jenkins james_____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners.

I declare under penalty of perjury that on this __16__ day of __December_____ , 20__19__ , I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**19    5906**

CFK

DESIGNATION FORM

*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _2413 N. Douglas Street Phila, PA. 19132_

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

---

*RELATED CASE, IF ANY:*

Case Number: _____     Judge: _____     Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1  Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?     Yes ☑  No ☐

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?     Yes ☑  No ☐

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?     Yes ☑  No ☐

4.  Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?     Yes ☑  No ☐

I certify that, to my knowledge, the within case ☑ is / ☐ is not  related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _12/16/2019_ _____     _____
                     Attorney-at-Law / Pro Se Plaintiff     Attorney I.D. # (if applicable)

---

CIVIL: (Place a √ in one category only)

**A.     *Federal Question Cases:***

☐  1.  Indemnity Contract, Marine Contract, and All Other Contracts
☐  2.  FELA
☐  3.  Jones Act-Personal Injury
☐  4.  Antitrust
☐  5.  Patent
☐  6.  Labor-Management Relations
☑  7.  Civil Rights
☐  8.  Habeas Corpus
☐  9.  Securities Act(s) Cases
☐  10.  Social Security Review Cases
☑  11.  All other Federal Question Cases
         *(Please specify)* _Denied all of my COE_

**B.     *Diversity Jurisdiction Cases:***

☐  1.  Insurance Contract and Other Contracts
☐  2.  Airplane Personal Injury
☐  3.  Assault, Defamation
☐  4.  Marine Personal Injury
☐  5  Motor Vehicle Personal Injury
☑  6.  Other Personal Injury *(Please specify)* _Pain + Suffering_
☐  7.  Products Liability
☐  8  Products Liability -- Asbestos
☐  9.  All other Diversity Cases
         *(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record or pro se plaintiff, do hereby certify

☐  Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐  Relief other than monetary damages is sought.

DATE: _____     _____     _____
                          Attorney-at-Law / Pro Se Plaintiff     Attorney I.D. # (if applicable)

NOTE  A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38

Civ 609 (5/2018)

CFK

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

:                    CIVIL ACTION
:
v.              :
:              NO. **19    5906**
:

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.          ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.                    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.                                                             ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)                                                               ( · )

(f) Standard Management ·· Cases that do not fall into any one of the other tracks.     ( )

12/16/2019
**Date**                                    **Pro Se Plaintiff**

**Telephone**                **FAX Number**              **E-Mail Address**

267-498-8963                                              Jenkinsjamx2490@gmail.com

(Civ. 660) 10/02

## Civil Justice Expense and Delay Reduction Plan
### Section 1:03 - Assignment to a Management Track

(a)        The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)        In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)        The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)        Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)        Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

### SPECIAL MANAGEMENT CASE ASSIGNMENTS
### (See §1.02 (e) Management Track Definitions of the
### Civil Justice Expense and Delay Reduction Plan)

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.